# EXHIBIT 1

FILED
08-16-2021
Clerk of Circuit Court
Sawyer County, WI
2021CV000106

STATE OF WISCONSIN          CIRCUIT COURT          SAWYER COUNTY

JOYCE LIVINGSTON                                    Case No:      21CV__
1800 New York Avenue                                Case Code:    30100
Superior, WI 54880

       Plaintiff,

UNITED STATES OF AMERICA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
c/o Ms. Leslie Herje
222 W. Washington Avenue, Suite 700
Madison, WI 53703; and,

STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES
One West Wilson Street; Room 651
Madison, WI 53703; and,

       Involuntary Plaintiffs,
v.

DRIVE DEVILBISS HEALTHCARE
AKA DRIVE MEDICAL DESIGN & MFG
99 Seaview Blvd
Port Washington, NY 11050; and

TARGET CORPORATION
1000 Nicolet Mall
Minneapolis, MN 55403; and

ACE AMERICAN INSURANCE COMPANY
436 Walnut Street
Philadelphia, PA 19105; and

ABC INSURANCE CO.
Address Unknown
       Defendants.

PROCESS SERVER
TIME ___ AM/PM DATE _____
( ) PERSONAL     ( ) SUBSTITUTE
( ) POSTED       (X) CORPORATE

---

## SUMMONS

---

THE STATE OF WISCONSIN,

To each person named above as a defendant:

       You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is Sawyer County Clerk of Court 10610 Nain Street Hayward, WI 54843, and to Curtiss N. Lein, Lein Law Offices, Plaintiff's attorney, whose address is P.O. Box 761, Hayward, Wisconsin 54843. You may have an attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

DATED this 16th day of August 2021.

Electronically signed by Curtiss N. Lein
Curtiss N. Lein, 1015280
Lein Law Offices
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Fax: (715) 634-5051
Email: contact@leinlawoffices.com

FILED
08-16-2021
Clerk of Circuit Court
Sawyer County, WI
2021CV000106

STATE OF WISCONSIN        CIRCUIT COURT        SAWYER COUNTY

JOYCE LIVINGSTON                                    Case No:      21CV__
1800 New York Avenue                                Case Code:    30101
Superior, WI 54880

        Plaintiff,

UNITED STATES OF AMERICA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
c/o Ms. Leslie Herje
222 W. Washington Avenue, Suite 700
Madison, WI 53703; and,

STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES
One West Wilson Street; Room 651
Madison, WI 53703; and,

        Involuntary Plaintiffs,
v.

DRIVE DEVILBISS HEALTHCARE
AKA DRIVE MEDICAL DESIGN & MFG
99 Seaview Blvd
Port Washington, NY 11050; and

TARGET CORPORATION
1000 Nicolet Mall
Minneapolis, MN 55403; and

ACE AMERICAN INSURANCE COMPANY
436 Walnut Street
Philadelphia, PA 19105; and

ABC INSURANCE CO.
Address Unknown
        Defendants.

---

## COMPLAINT

---

The above-named plaintiff, Joyce Livingston by her attorney, Curtiss N. Lein of Lein Law Offices, alleges as follows:

1)      That the plaintiff, Joyce Livingston ("Livingston") is an adult resident of Douglas County, State of Wisconsin, residing at 1800 New York Avenue Superior, WI 54880; and,

2)   That the defendant, Drive DeVilbiss Healthcare ( AKA Drive Medical Design & MFG) ( "Drive") is a foreign corporation authorized to do business within the State of Wisconsin. Drive has its primary place of business at 99 Seaview Blvd Port Washington, NY 11050; and,

3)   That defendant, Target Corporation ("Target") with offices located at 1000 Nicollet Mall Minneapolis, MN 55403 is a foreign corporation authorized to do business within the State of Wisconsin; and,

## FACTS

4)   That plaintiff, Livingston, purchased from the defendant, Target, a Drive shower stool; and

5)   That said shower stool without warning collapsed while Livingston was sitting on it for the first time on August 15, 2018; and,

6)   That Livingston here in alleges paragraphs 1-5 above as if stated in their entirety; and

## CAUSE-OF-ACTION I
## NEGLIGENCE AGAINST TARGET

7)   That said defendant Target was negligent in failing to properly inspect, label, place warning on said shower stool prior to its use by Livingston; and

8)   That as a result of the negligence of Target, Livingston was injured in that she sustained past pain and suffering and disability and will sustain in the future. Additionally, she has incurred medical expenses in the past and will incur same in the future; and

## CAUSE-OF-ACTIION II
## NEGLIGENCE OF DRIVE

9)   Livingston herein alleges paragraphs 1-8 above as fully stated herein; and

10)   On August 15, 2021, by reason of the carelessness and negligence of the defendant, Drive, its agents, servants or employees, in the manufacture of shower stools, Livingston was severely injured

when the Drive manufactured stool collapsed without warning causing severe injury to Livingston; and

## CAUSE-OF-ACTIION III
## CLAIM OF STRICT LIABILITY AGAINST DRIVE

11) That Livingston herein alleges paragraphs 1-10 above as if fully stated herein; and

12) The plaintiff Livingston's injuries were proximately caused and contributed to by the defective and unreasonably dangerous condition of the shower stool and the component parts thereof, manufactured and placed in the stream of commerce by the defendant, Drive; and

13) The shower stool was a defective and unreasonably dangerous unit when it left the manufacturer's hands, and it remained in a substantially unchanged condition until plaintiff Livingston, fell when her shower stool gave way; and

14) As a proximate result of the defendant Drive's defective and unreasonably dangerous shower stool, the plaintiff was injured; and

15) That on information and belief ACE offered liability protection for and on behalf of the defendant, Target and therefore is a proper party to this action; and

16) That on information and belief ABC insurance Company is a liability insurance company for Drive and therefore is a proper party to this action; and

WHEREFORE; Joyce Livingston requests the following relief:
1. Compensatory damages consistent with the complaint.
2. Award of costs, disbursements and attorney fees allowed by statute.
3. Equity.

DATED this 16ᵗʰ day of August 2021.


                Electronically signed by Curtiss N. Lein
                   Curtiss N. Lein, 1015280
                   Lein Law Offices
                   15692 Hwy 63 North
                   PO Box 761
                   Hayward, Wisconsin 54843
                   Telephone: (715) 634-4273
                   Fax: (715) 634-5051
                   Email: contact@leinlawoffices.com


Plaintiff requests a twelve-person jury trial.