IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Joyce Livingston,<br>　　　　　　　Plaintiff,<br><br>United States of America Department of Health and Human Services, and State of Wisconsin Department of Health Services,<br>　　　　　　　Involuntary Plaintiffs,<br>v.<br><br>Drive Devilbiss Healthcare a/k/a Drive Medical Design & Mfg, Target Corporation, Ace American Insurance Company, and ABC Insurance Co.<br>　　　　　　　Defendants. | Case No.: 21-cv-00667 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff's claims against Defendants are hereby dismissed in their entirety, with prejudice and without costs to any party.

| | |
|---|---|
| By: /s/*Curtis N. Lein* <br> Curtiss N. Lein <br> Matthew C. Lein <br> Lein Law Offices, LLP <br> 15692 Hwy 63 North <br> PO Box 761 <br> Hayward, WI 54843 <br> mlein@leinlawoffices.com <br> renaa@leinlawoffices.com <br> dpuntillo@leinlawoffices.com <br> *Attorneys for Plaintiff* | By: /s/*Anthony J. Novak* <br> Anthony J. Novak (#1087498) <br> 2800 Wells Fargo Place <br> 30 E. Seventh Street <br> St. Paul, MN 55101 <br> Tel: (651) 312-6500 <br> Fax: (651) 312-6618 <br> tnovak@larsonking.com <br> *Attorneys for Medical Depot, Inc., d/b/a Drive DeVilbiss Healthcare, f/k/a Drive Medical Design & Manufacturing ("Drive Medical"), Target Corporation ("Target"), and Ace American Insurance Co.* |